**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LESLIE MIRISSAGE,

Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

Respondent.

Case No. 5:26-cv-03451-MCS-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

**A #095-686-366**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice as moot.

DATED: September 30, 2026

Mark C. Scarsi

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE