**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LESLIE MIRISSAGE,
Petitioner,
v.
ICE FIELD OFFICE DIRECTOR,
Respondent.

Case No. 5:26-cv-03451-MCS-PD

**JUDGMENT**

**A #095-686-366**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice as moot.

The Clerk of the Court is directed to close this case.

DATED: September 30, 2026

Mark C. Scarsi

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE